UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

United States of America

v.                                                          Case 25-mj-03510-UA-1

Vesel Kukaj,

　　　Defendant.

_____

　　　MOTION FOR **EXPEDITED** ORDER AUTHORIZING PSYCHIATRIC EXAMINATION

Defendant Vesel Kukaj, by his counsel Jeff Chabrowe, requests this Court issue an order

authorizing a mental health examination of Mr. Kukaj by a private defense expert psychologist. The

nature of the offense conduct, and the unique aspects of Mr. Kukaj's personal history, clearly warrant

such examination. A court order is required by MDC Brooklyn.[1] We seek to expedite this examination

to facilitate discussions between the defense and the government. The government advises it does not

oppose this request.

Dated:  March 25, 2026                                      Respectfully submitted,

                                                           *Jeff Chabrowe*
                                                           _____

                                                           **JEFFREY CHABROWE, ESQ.**
                                                           **LAW OFFICES OF JEFFREY CHABROWE**

                                                           521 Fifth Avenue, 17th Floor
                                                           New York, NY 10175
                                                           (917) 529-3921
                                                           jeff@chabrowe.com

cc:  Leslie Arffa, Esq.
　　　leslie.arffa@usdoj.gov


                                                           So Ordered.

                                                           *Jennifer E. Willis* 3/25/26_____
                                                           　　　　U.S.M.J.　　　　date

---

[1] ATTORNEY GUIDE TO THE METROPOLITAN DETENTION CENTER BROOKLYN, NEW YORK, at 15. See
https://www.bop.gov/locations/institutions/bro/bro-attorney-guide.pdf?v=1.0.0